LODGED

1  ALSCHULER GROSSMAN STEIN & KAHAN LLP
   Marshall B. Grossman (Bar No. 035958)
2  John A. Schwimmer (Bar no. 109861)
   2049 Century Park East, 39th Floor
3  Los Angeles, CA 90067-3213
   Telephone:  310-277-1226
4  Facsimile:  310-552-6077

5  Attorneys for Defendant DIRECTV, INC.

FILED
CLERK, U.S. DISTRICT COURT
JAN 25 2002
CENTRAL DISTRICT OF CALIFORNIA
BY                      DEPUTY

Priority  ___
Send      ✓
Enter     ___
Closed    ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

10 WORLD WRESTLING FEDERATION
   ENTERTAINMENT, INC., a Delaware
11 corporation,

12       Plaintiff,

13  vs.

14 DIRECTV, INC., a California
   corporation
15
         Defendant.
16

Case No. 01-10127 RSWL (Mcx)

**STIPULATION EXTENDING TIME TO PLEAD TO FIRST AMENDED COMPLAINT**

E    CN ICMS
JAN 29 2002

18      The parties whose counsel sign this stipulation do, by this
19 document, stipulate that the time for DIRECTV, INC. to respond to
20 the First Amended Complaint and demand for jury trial of plaintiff
21 World Wrestling Federation Entertainment, Inc. shall be extended to
22 and including February 11, 2002.
23      ///
24      ///
25      ///
26      ///
27      ///
28

- 1 -

#28673 v1 - stipulation extending time                                    RECYCLED PAPER

1  This is the first extension of time to respond that defendant
2  has requested.
3
4                                    KIRKPATRICK & LOCKHART LLP
5
6  Dated:  January 23, 2002     By: *Paul W. Sweeney*
7                                    Paul W. Sweeney, Jr.
                                     Colm A. Moran
                                     Attorneys for Plaintiff World
8                                    Wrestling Federation
                                     Entertainment, Inc.
9
10
11
                                     ALSCHULER GROSSMAN STEIN &
12                                   KAHAN LLP
13
14 Dated:  January 23, 2002     By: *John A. Schwimmer*
15                                   John A. Schwimmer
                                     Attorneys for Plaintiff
16                                   DIRECTV, INC.
17
18                           **ORDER**
19     IT IS SO ORDERED.
20
21                                   RONALD S.W. LEW
   1/25/02
22                                   _____
                                     Hon. Ronald S.W. Lew
23                                   Judge, United States District Court
24
25
26
27
28

                              - 2 -

#28673 v1 - stipulation extending time                          RECYCLED PAPER