LODGED

|   | FILED |
|---|---|
|   | CLERK, U.S. DISTRICT COURT |
|   | FEB 12 2002 |
|   | CENTRAL DISTRICT OF CALIFORNIA |
|   | BY                      DEPUTY |

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

ENTER ON ICMS
FEB 13 2002

1  ALSCHULER GROSSMAN STEIN & KAHAN LLP
   Marshall B. Grossman (Bar No. 035958)
2  John A. Schwimmer (Bar No. 109861)
   Seth M. Gerber (Bar No. 202813)
3  2049 Century Park East
   Thirty Ninth Floor
4  Los Angeles, CA 90067-3213
   Telephone: 310-277-1226
5  Facsimile: 310-552-6077

6  Attorneys for Defendant
   DIRECTV, INC.

7  KIRKPATRICK & LOCKHART LLP
8  Paul W. Sweeney (Bar No. 112511)
   Com. A. Moran (Bar No. 202685)
9  10100 Santa Monica Boulevard
   Seventh Floor
10 Los Angeles, CA 90067
   Telephone: 310-552-5000
11 Facsimile: 310-552-5001

12 KIRKPATRICK & LOCKHART LLP
   Jerry S. McDevitt
13 Terry Budd
   Curtis B. Krasik
14 Henry W. Oliver Building
   Pittsburgh, Pennsylvania 15222
15 Telephone: 412-355-6500
   Facsimile: 412-355-6501
16
   Attorneys for Plaintiff World
17 Wrestling Federation Entertainment,
   Inc.
18
                UNITED STATES DISTRICT COURT
19
                CENTRAL DISTRICT OF CALIFORNIA
20

21
   WORLD WRESTLING FEDERATION          CASE NO. 01-10127 RSWL (Mcx)
22 ENTERTAINMENT, INC., a
   Delaware corporation,               STIPULATION AND [PROPOSED] ORDER
23                                     EXTENDING TIME TO PLEAD
                Plaintiff,
24
        vs.
25
   DIRECTV, INC., a California
26 corporation defendant,

27              Defendant.

28

ALSCHULER
GROSSMAN
STEIN &
KAHAN LLP

617082_1.DOC

1  Plaintiff World Wrestling Federation Entertainment,
2  Inc. and Defendant DIRECTV, INC. hereby stipulate, through their
3  respective counsel of record, to the following:
4  WHEREAS, the parties have reached an interim agreement
5  to resolve their current disputes, which will result in a stay or
6  dismissal without prejudice of this lawsuit to allow the parties
7  to see how certain events unfold and to negotiate a complete
8  resolution of the issues between them; and
9  WHEREAS, the parties seek an extension of time for
10 DIRECTV, INC. to respond the First Amended Complaint ("FAC") so
11 that the parties may devote their time and attention to document
12 and implement this interim agreement and avoid the unnecessary
13 expenses of further litigation in view of their interim
14 agreement;
15 / / /
16 / / /
17 / / /
18 / / /
19 / / /
20 / / /
21 / / /
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

ALSCHULER
GROSSMAN
STEIN &
KAHAN LLP

617082_1.DOC

1  NOW, THEREFORE, the parties do hereby agree and
2  stipulate that the time for DIRECTV, INC. to respond to the FAC
3  shall be extended through and including March 11, 2002.
4  DATED: February 8, 2002   KIRPATRICK & LOCKHART LLP

BY: _____
PAUL W. SWEENEY, JR.
COLM A. MORAN
Attorneys for Plaintiff
WORLD WRESTLING FEDERATION
ENTERTAINMENT, INC.

DATED: February 1st, 2002   ALSCHULER GROSSMAN STEIN & KAHAN LLP

By _____
JOHN A. SCHWIMMER
Attorneys for Plaintiff
DIRECTV, INC.

**ORDER**

IT IS SO ORDERED.

2-12-02

RONALD S.W. LEW
_____
Hon. Ronald S.W. Lew
Judge, United States District Court

ALSCHULER
GROSSMAN
STEIN &
KAHAN LLP

3

617082_1.DOC