**COPY**

Paul W. Sweeney, Jr.; SBN 112511
Colm A. Moran; SBN 202685
KIRKPATRICK & LOCKHART, L.L.P.
10100 Santa Monica Boulevard, 7th Floor
Los Angeles, California 90067
Phone: 310-552-5000
Fax:    310-552-5001

Jerry S. McDevitt
Terry Budd
Curtis B. Krasik
KIRKPATRICK & LOCKHART, L.L.P.
Henry W. Oliver Building
535 Smithfield Street
Pittsburgh, Pennsylvania 15222
Phone: 412-355-6500
Fax:    412-355-6501



FILED
CLERK, U.S. DISTRICT COURT
FEB 2 2 2002
CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

ENTER ON ICMS

Priority ___
Send ✓
Enter ___
Closed ___
JS-5/JS-6 ✓
JS-2/JS-3 ___
Scan Only ___

Attorneys for Plaintiff, World Wrestling Federation Entertainment, Inc.

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WORLD WRESTLING FEDERATION ENTERTAINMENT, INC., a Delaware Corporation,<br><br>Plaintiff<br><br>v.<br><br>DIRECTV, INC., a California Corporation,<br><br>Defendant | Case No. CV-01-10127 RSWL (Mcx)<br><br>JOINT STIPULATION OF DISMISSAL PURSUANT TO FED.R.CIV. PROC. 41(a) ; ORDER |

The parties hereto jointly stipulate to the dismissal of this action without prejudice.



___ Docketed
___ Copies / NTC Sent
___ JS - 5 / JS - 6
___ JS - 2 / JS - 3
___ CLSD

PI-809280 v1

Jerry S. McDevitt, *Esquire*
Paul W. Sweeney, Jr., Esquire
Kirkpatrick & Lockhart, L.L.P.

_____
Attorneys for World Wrestling Federation
Entertainment, Inc.

John A. Schwimmer, Esquire
Alschuler, Grossman, Stein & Kahan, LLP

_____
Attorney for DirecTV, Inc.

Date: 2/20/2002

**IT IS SO ORDERED**
Dated  2-22-02
_____
RONALD S. W
United States District Judge